[No. 4070–II.  Division Two.  August 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ERROL FLYNN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–10–0055–6, Jay W. Hamilton, J., entered April 27, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 4075–II.  Division Two.  August 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER D. ELTING, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–305, John W. Schumacher, J., entered May 4, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3782–II.  Division Two.  August 18, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS GARY ANDRUS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6575, Frank L. Price, J., entered October 26, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.